UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-62697-CIV-DAMIAN

**PATRICIA CASTILLO FLANAGAN;**
**WORK VISA LAWYERS, P.A.**,

    Plaintiff,

v.

**KRISTI NOEM, Secretary, United**
**States Department of Homeland Security,**
**et al.**,

    Defendant.
_____/

## ORDER SETTING PROCEDURES AND BRIEFING SCHEDULE
## IN FREEDOM OF INFORMATION ACT CASES

**THIS MATTER** came before the Court *sua sponte*. The Complaint in this action is filed under the Freedom of Information Act, 5 U.S.C. § 552 *et seq.* ("FOIA"). To ensure the orderly and efficient disposition of this matter, and in an effort to foster early and cost-effective resolution, it is **ORDERED** that the following deadlines govern the disposition of this action:

    1.    **Within sixty (60) days of Defendant's answer**, Plaintiff shall file a motion for summary judgment, not to exceed twenty (20) double-spaced pages in 12-point font, explaining the reasons for the requested relief and including citations to the sources that support any assertion of fact and the legal authorities that support any assertion of law. Notwithstanding Local Rule 56.1, Plaintiff shall **not** file a separate statement of facts but instead must include a statement of facts within the motion for summary judgment itself, which need not be in separately numbered paragraphs. All factual assertions in the motion for summary judgment must include specific citations to a supporting source.

2. Defendant shall file a response to Plaintiff's motion for summary judgment and a cross-motion for summary judgment in a single, combined document, not to exceed thirty (30) double-spaced pages in 12-point font, within **thirty (30) days after Plaintiff files a motion for summary judgment**. The same modifications to Local Rule 56.1 discussed in paragraph 1 apply to Defendant.

3. Plaintiff may file a response to Defendant's cross-motion for summary judgment and a reply to Defendant's response to Plaintiff's motion for summary judgment in a single, combined document, not to exceed fifteen (15) double-spaced pages in 12-point font, within **fifteen (15) days after Defendant files a response and cross-motion** as described in paragraph 2.

4. The Parties shall file a joint status report every **forty-five (45) days** advising the Court what progress has been made in resolving the issue(s) in the case and what remains to be done. The first joint status report is due **within forty-five (45) days of Defendant's answer**.

**DONE AND ORDERED** in Chambers at the Southern District of Florida this 27th day of January, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of record