UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-62697-CIV-DAMIAN

PATRICIA CASTILLO FLANAGAN;
WORK VISA LAWYERS, P.A.,

      Plaintiff,

v.

KRISTI NOEM, Secretary, United
States Department of Homeland Security,
et al.,

      Defendant.

_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION

      **THIS CAUSE** is before the Court on Magistrate Judge Jared M. Strauss's Report and Recommendation ("Report") [ECF No. 16], entered July 10, 2026, recommending dismissal of this Freedom of Information Act ("FOIA") action without prejudice under Federal Rules of Civil Procedure 16(f) and 41(b).

      THE COURT has considered the Report, the record, and the relevant authorities and is otherwise fully advised.

      In the Report, Judge Strauss recommends dismissal without prejudice because Plaintiffs failed to file their motion for summary judgment by March 30, 2026, and failed to seek an extension of that deadline or file any of the joint status reports required by the Court's Order Setting Procedures and Briefing Schedule in Freedom of Information Act Cases [ECF Nos. 11, 16]. The deadline to object to the Report was July 24, 2026. *See* Report at 3-4 (citing 28 U.S.C. § 636(b)(1). No objections were filed, and the time to do so has passed.

      When a magistrate judge's disposition has properly been objected to, district courts must review the disposition *de novo*. Fed. R. Civ. P. 72(b)(3). When no party has timely

objected, however, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72 advisory committee's note to 1983 amendment. Although Rule 72 itself is silent on the standard of review, the Supreme Court has recognized that Congress intended to require *de novo* review only when objections are properly filed. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).

The undersigned has undertaken a careful review of the record and the Report to assure herself that there is no error. Upon review, the Court finds no clear error and agrees with Judge Strauss's well-reasoned conclusion that dismissal without prejudice is warranted under Federal Rules of Civil Procedure 16(f) and 41(b).

Accordingly, for the reasons set forth, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation **[ECF No. 16]** is **AFFIRMED AND ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

2. This action is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rules of Civil Procedure 16(f) and 41(b).

3. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 3rd day of August, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**